April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of AGNES S. LAWLER, Respondent, v. WILLIAM J. LAWLER, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Settle order before the presiding justice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE RIESNER, Respondent, v. NEW YORK NURSERY AND CHILD'S HOSPITAL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. We quote from the appellant's brief upon the appeal: " We therefore have upon the defendant's return a case in which a court having jurisdiction both of person and subject matter has, upon full notice to the parents and an opportunity to be heard, rendered a final judgment." Our decision was based upon the proposition that the commitment was pursuant to a final judgment as claimed by the appellant. [See 190 App. Div. 562.] The record before the court justified this decision, for the minutes of the Children's Court state that the infants were adjudged without proper guardianship. We cannot permit an appeal to the Court of Appeals on the unsupported theory that the commitment was a temporary one pending a hearing. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JAMES E. RICE, Respondent, v. ADA O'DONOHUE, as Executrix, etc., Appellant.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

EMELINE SALISBURY, Appellant, v. JOHN SALISBURY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSEPH J. STENGER and Another, as Executors, etc., Appellants, v. WILLIAM J. STENGER, Respondent.— Although the case on the trial was clearly in favor of defendant, and there was grave doubt about the expediency of this appeal, yet inasmuch as it does not appear that defendant is likely to fail of collection of the costs, the motion to put the costs on the executors personally is denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLES BAKER, Respondent, v. HENRY L. DOHERTY and FRANK W. FRUEAUFF, Copartners, etc., Appellants.— Interlocutory judgment affirmed, with costs; order overruling demurrer of the defendants affirmed, with ten dollars costs and disbursements; and order denying defendants' motion to dismiss plaintiff's motion bringing on for hearing the demurrer as a litigated motion affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

ROBERT STERLING CLARK, Respondent, v. JOB E. HEDGES and FRANCIS A. WINSLOW, as Receivers, etc., and Others, Appellants. THE LAND SECURITIES COMPANY and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.